| | |
|---|---|
| 1 | SHAWN N. ANDERSON<br>United States Attorney |
| 2 | BENJAMIN K. PETERSBURG<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910<br>PHONE: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |



FILED
DISTRICT COURT OF GUAM
MAR 20 2020
JEANNE G. QUINATA
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00022 |
|---|---|
| Plaintiff, | **COMPLAINT** |
| vs. | **USE AND POSSESSION OF IMMIGRATION DOCUMENT PROCURED BY FRAUD** |
| TOMOYA NOBUYOSHI,<br>Defendant. | [18 U.S.C. § 1546(a)] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

Between on or about February 14, 2020, and continuing to on or about March 17, 2020, in the District of Guam and elsewhere, the defendant, TOMOYA NOBUYOSHI, knowingly used, possessed, and obtained a nonimmigrant visa waiver, prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is a visa waiver entry under the Visa Waiver Program, which the defendant, TOMOYA NOBUYOSHI, knew to have been procured by means of false claim and statement and otherwise procured by fraud, in that the defendant falsely represented he was entering Guam as a tourist when his real purpose was to find employment and work at Sky Guam Aviation, Inc., in violation of Title 18, U.S.C. § 1546(a).

1

COMPLAINANT FURTHER STATES:

I, Richard N. Flores, being duly sworn, do hereby depose and say the following:

1) I am a Special Agent (SA) of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigation (HSI) and have been so employed since January of 2007. I am currently assigned to the Assistant Special Agent in Charge (ASAC) Guam Office. Prior to HSI, I was employed with the Immigration and Customs Enforcement (ICE) Enforcement and Removal Office (ERO) beginning February of 2002. Prior to ICE, I was assigned to the U.S. Drug Enforcement Administration (DEA) as a Task Force Officer on January 1999. Prior to that assignment, I was employed by Guam Customs and Quarantine Agency (CQA) as a Customs Officer I on April of 1997.

2) I am a graduate of the Criminal Investigator Training Program (CITP) and the ICE Special Agent Training (ICE-SAT) Academy held at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received classroom and on the job training in the areas of general law enforcement, criminal investigative techniques, interviews and interrogations, general and electronic surveillance and criminal law including search and seizure.

3) My duties as a Special Agent with HSI include investigating both criminal and administrative violations of federal laws of Titles 8, 18, 19, 21, 31 and others; specifically including but not limited to violations of Title 8, United States Code (USC), Section 1324 – Bringing in and Harboring Certain Aliens and Title 18 USC Section 1546 – Visa Fraud.

4) The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and individuals, and the reports and memoranda of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

5) On or about February 14, 2020, a male Japanese national identified as Tomoya NOBUYOSHI arrived in the United States at Tamuning, Guam, and presented a Japan passport #TR8515525, to a U.S. Customs and Border Protection (CBP) officer for immigration inspection. NOBUYOSHI was admitted as tourist under the Visa Waiver Program (VWP), a program that does not authorize employment in the United States. Prior to his arrival, NOBUYOSHI completed an online Electronic System for Travel Authorization (ESTA) applications, a requirement for entry into the U.S. under the VWP.

6) As part of the ESTA online application process, applicants are required to truthfully answer a questionnaire which is material to the outcome of ESTA application. On Question #6, which asks, "Are you currently seeking employment in the United States or were previously employed in the United States without prior permission from the U.S. government?", NOBUYOSHI answered "No," when in fact he intended to and was illegally employed as a pilot at Sky Guam Aviation, Inc., in Tiyan, Barrigada, Guam in violation of U.S. Immigration law after his entry.

7) Additionally, upon entry into Guam, NOBUYOSHI was inspected by CBP Officers at the Guam Port of Entry. During immigration inspection, NOBUYOSHI applied for admission as tourist under the VWP and was admitted as such. NOBUYOSHI did not disclose to the CBP inspecting officers that he intended to illegally work in Guam as a pilot at Sky Guam Aviation, Inc.

8) On March 6, 2020, prior to an undercover meeting between the CI, an HSI cover agent and SKY GUAM AVIATION pilots, HSI agents provided the CI with $200.00 USD in Purchase of Evidence Funds (POE) for payment of the scenic air tour. The CI and an HSI cover agent were transported to the Pacific Bay Hotel in anticipation of the SKY GUAM AVIATION hotel transportation to the scenic air tour. The CI and the cover agent were subsequently picked up by

an Asian female SKY GUAM driver, driving a 2019 white Nissan Kick with a Guam Dealership tag. The Asian female was later identified to be Takeshi HASEYAMA's step-daughter Yu Hsuan CHIU. The CI and cover agent were driven to SKY GUAM AVIATION, INC and where they were met by Keng Wei HU, NOBUYOSHI and Teruki TANAKA ("TANAKA"). NOBUYOSHI provided a preflight safety card for the CI and the cover agent to review prior to their scenic air tour flight. The CI explained that he handed NOBUYOSHI the $200.00 USD in POE funds to pay for the scenic air tour which cost $170.00 for both the CI and the cover agent. NOBUYOSHI then provided the CI with $30 in change. The CI and cover agent were then escorted out onto the south ramp of the Guam International Airport by NOBUYOSHI and TANAKA. The CI noted that TANAKA was able to speak English, Japanese and the Mandarin Chinese language. In conversation with TANAKA, the CI told HSI agents that TANAKA was working for SKY GUAM and receiving a salary of about $1,000.00 USD a month, free company housing, free lunch and the use of the company van. The CI noticed that TANAKA was wearing a white shirt and black pants and asked why TANAKA was wearing a uniform. TANAKA explained that he wears a uniform because he was a senior pilot with more flight hours of experience. The CI and the cover agent also noticed that both TANAKA and NOBUYOSHI were each wearing red lanyards and an identification badges that had "SKY GUAM AVIATION CREW" printed on the badges. The CI and the cover agent were provided similar badges that were printed with "SKY GUAM AVIATION PASSENGER." After the flight the CI provided NOBUYOSHI with the remaining $30 in POE funds as a tip to TANAKA and NOBUYOSHI for their service. NOBUYOSHI then informed the CI and the cover agent that NOBUYOSHI will be driving them back to the hotel in the SKY GUAM AVIATION van. The CI and cover agent were then driven by NOBUYOSHI in the SKY GUAM AVIATION Nissan Quest Guam license plate SKYGUM1. During the ride the CI and cover agent had a conversation with

4

NOBUYOSHI about his flying experience. The CI and cover agent asked about his work at SKY GUAM, NOBUYOSHI explained that he earns tips from customers and that if he made an extra $10 a day he would spend it on a beer or coffee after work. NOBUYOSHI dropped the CI and cover agent back to the Pacific Bay Hotel and continued to pick up other customers from the Lotte Hotel and then returned to the SKY GUAM AVIATION office.

9) On March 17, 2020, HSI special agents conducted a custodial interview of Tomoya NOBUYOSHI after reading NOBUYOSHI the Miranda Warnings. During the interview, NOBUYOSHI admitted to HSI Special Agents that NOBUYOSHI was working as a pilot, which is in violation of his U.S. immigration status. Additionally, NOBUYOSHI stated that he was compensated with free flight hours, free lodging, free meals, free transportation, and customer tips by Takeshi HASEYAMA, owner and manager of Sky Guam Aviation, Inc. NOBUYOSHI also informed HSI special agents that Keng Wei HU also known as "Sam" and Teruki TANAKA are also working as pilots, which is in violation of their U.S. immigration status.

10) Based on the foregoing facts, my knowledge and experience, I submit there is probable cause to believe that Tomoya NOBUYOSHI is in violation of 18 U.S.C. § 1546, Visa Fraud.

FURTHER AFFIANT SAYETH NAUGHT.

_/s/ Richard Flores_
RICHARD N. FLORES
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. Rule Crim. P. 4.1 by written affidavit submitted by reliable electronic means (telephone) on this __20__ day of March 2020.

/s/ Michael J. Bordallo
MICHAEL J. BORDALLO
U.S. Magistrate Judge